UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-2261 ADM/AJB

ABDIHALIM DAKANE MOHAMUD,  )
                           )
          Petitioner,      )
                           )    **REPORT & RECOMMENDATION**
     v.                    )
                           )
SCOTT BANIECKE,            )
Field Director, B.I.C.E.,  )
                           )
          Respondent.      )

In response to the Court's Order to Show Cause dated June 12, 2006, the government has released the Petitioner and has filed a Notice of Release and Request to Dismiss Petition for Habeas Corpus. Counsel for Petitioner concurs that this petition is now moot. Therefore, IT IS HEREBY RECOMMENDED that the petition for writ of habeas corpus be denied as moot.

Dated: July 10, 2006

_s/ Arthur J. Boylan_____
ARTHUR J. BOYLAN
United States Magistrate Judge