UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ABDIHALIM DAKANE MOHAMUD,　　　　　　　　　　　Civil No.  06-2261 ADM/AJB

　　　　Petitioner,

　　　　v.　　　　　　　　　　　　　　　　　　　　O R D E R

SCOTT BANIECKE,
Field Director, B.I.C.E.,

　　　　Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 10, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied as moot.

DATED: July 14, 2006.

　　　　　　　　　　　　　　　　　s/Ann D. Montgomery
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge Ann D. Montgomery
　　　　　　　　　　　　　　　　　U. S. District Court